**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN KIRBY WRIGHT
ADC #99769                                                                                              PLAINTIFF

V.                              CASE NO. 2:16-CV-81-JM-BD

ARKANSAS DEPARTMENT OF
CORRECTION                                                                                              DEFENDANT

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

On May 27, 2016, Plaintiff John Kirby Wright, an Arkansas Department of Correction ("ADC") inmate, filed this action without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Wright did not file a motion to proceed *in forma pauperis* ("IFP").  Because of his litigation history, Mr. Wright is not eligible for IFP status in

federal court absent an allegation that he is in imminent danger of serious physical injury.[1]

Here, Mr. Wright did not plead facts alleging that he was in imminent danger of serious physical injury, so he was ordered to pay the $400.00 filing fee. (#2)

The Court allowed Mr. Wright thirty days to pay the $400.00 filing fee in order to proceed with this lawsuit. (#2) Mr. Wright was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice. To date, Mr. Wright has not paid the filing fee, as required in the Court's June 6, 2016 Order, and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Wright's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 6, 2016 Order requiring him to pay the filing fee.

IT IS SO ORDERED, this 26th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Nichols for purposes of determining eligibility for IFP status: *Nichols v. Hobbs*, E.D. Ark. Case No. 5:12cv00302-SWW (dismissed Jan. 16, 2013); *Nichols v. State of Arkansas*, W.D. Ark. Case No. 5:11cv005282-JLH (dismissed March 26, 2012); *Nichols v. Schrantz,* et al., 5:03cv05286-JLH (dismissed Feb. 13, 2004).