IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN KIRBY WRIGHT
ADC #99769                                                                                          PLAINTIFF

V.                         CASE NO. 2:16-CV-00081 JM/BD

ARKANSAS DEPARTMENT OF
CORRECTION                                                                                          DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, John Kirby Wright's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wright's complaint is DISMISSED without prejudice.

IT IS SO ORDERED, this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE