IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN KIRBY WRIGHT
ADC #99769                                                                                          PLAINTIFF

V.                       CASE NO. 2:16-CV-00081 JM/BD

ARKANSAS DEPARTMENT OF
CORRECTION                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE